PAUL W. BLAKE (SBN: 94963)
500 La Terraza Blvd. Suite 150
Escondido, CA 92025
tele: 619-208-2470
fax: 760-451-9860
email: paulwblake@att.net
Attorney for Defendant
Huel Kennedy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUEL KENNEDY,<br><br>　　　　　　　　　Defendant. | Case No: 20CR-00239-TJH<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Date: November 16, 2020<br>Time:<br><br>HON. TERRY J. HATTER JR.<br>United States District Judge |

HUEL KENNEDY, the defendant in this case, by and through his counsel, submits the following Sentencing Memorandum for the Court to consider before imposing its sentence.

The position of the defense is based upon the attached position paper, the Pre-Sentence Report (hereafter PSR), any exhibits and letters of support, and upon any such further evidence and argument that may be presented at the sentencing hearing.

Respectfully submitted,

DATED: November 1, 2020　　　　　　*/s/ Paul W. Blake*
　　　　　　　　　　　　　　　　　　PAUL W. BLAKE
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Huel Kennedy

1

20CR-00239-TJH

# I.
# STATEMENT OF FACTS

Defendant HEUL KENNEDY is to be sentenced on November 16, 2020 after pleading guilty to the Single-count First Superseding Information in which he is solely named. Count 1 charges Bribery Concerning a Program Receiving Federal Funds, in violation of 18 U.S.C. §666(a).

# II.
# SENTENCING CALCULATIONS

**A.**   Pre-Sentence Report

The Pre-Sentence Report by the Probation Office uses the following sentencing calculation:

| | |
|---|---|
| Base Offense Level (USSG §2C1.1(a)(1)): | 14 |
| Specific Offense Characteristics: | |
| Number of Bribes (USSG §2C1.1(b)(1)): | +2 |
| Value of Bribes (USSG §2C1.1(b)(2)): | +2 |
| Public Official Facilitated Obtainment of Government Identification Document (USSG §2C1.1(b)(4)(C)): | +2 |
| Adjusted Offense Level: | 20 |
| Acceptance of Responsibility (USSG §§3E1.1(a) and (b)): | -3 |
| Total Offense Level: | 17 |

Probation calculates Mr. KENNEDY as having zero Criminal History Points for a Criminal History Category of I. Probation's calculation for a Total Offense Level of 17 and a Criminal History Category of I establishes a Guideline Sentence of 24-30 months.

The defendant requests variance and departure as follows.

## III.

## DEFENSE SENTENCING POSITION

The Defense respectfully recommends a sentence of no custody and be placed on supervised release for Mr. KENNEDY. The Defense recommends the following departures be applied to Mr. KENNEDY's sentencing.

A.   Acceptance of Responsibility (USSG §§3E1.1(a) and (b))

Mr. KENNEDY has clearly shown acceptance of responsibility for his actions and has assisted the government in its case by entering a guilty plea in a timely manner. Pursuant to the conditions of USSG §3E1.1(a) and (b) he should receive a downward departure of 3 accordingly.

B.   Mitigating Factors (18 U.S.C § 3553(a))

The United States Sentencing Commission Guidelines became advisory after *United States v. Booker* (2005). The Courts were allowed to "tailor" the sentence according to factors found under 18 U.S.C. § 3553(a).

Mr. KENNEDY has admitted guilt to this Court to Bribery Concerning a Program Receiving Federal Funds.

Mr. KENNEDY is a good person who has accepted responsibility for his actions and has aided the government in the quick disposition of this matter. He expresses remorse for his actions. Mr. KENNEDY has no criminal history points and has been compliant with all conditions of release. He has a Bachelor of Science degree and has been employable. Mr. KENNEDY is a good person but he also has a substance abuse problem with alcohol. Drinking has caused poor decision making on his part and created problems in relationships. Mr. KENNEDY has taken the initiative to stop drinking by receiving outpatient treatment and attending Alcoholics Anonymous meeting twice a week and he will take the same initiative and responsibility to turn his life around from this present instance. Mr. Kennedy has experienced real concerns over his health and in particular to his ongoing heart condition. It would be counter -productive to place Mr. Kennedy at increased risk in an incarcerated setting given the medical issues.

# IV.
# CONCLUSION

For the reasons outlined in this paper the Defense respectfully recommends a sentence of no custody and supervised release with appropriate conditions for HEUL KENNEDY.

Respectfully submitted,

DATED: November 1, 2020          */s/ Paul W. Blake*
                                  PAUL W. BLAKE
                                  Attorney for Defendant
                                  Huel Kennedy

PAUL W. BLAKE (SBN: 94963)
500 La Terraza Blvd. Suite 150
Escondido, CA 92025
tele: 619-208-2470
fax: 760-451-9860
email: paulwblake@att.net
Attorney for Defendant
Huel Kennedy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUEL KENNEDY,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 20CR-00239-TJH<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Date: November 16, 2020<br>Time:<br><br>HON. TERRY J. HATTER JR.<br>United States District Judge |

　　　It is hereby certified that:

　　　I, Paul W. Blake, am a citizen of the U.S. and over the age of eighteen. My business address is listed above. I am not a party to this action. I have caused to be served the Defendant's Sentencing Memorandum with Certificate of Service and that the same were filed electronically and were caused to be sent per CM/ECF policies to the office of the U.S. Attorney and to the Clerk of the District Court on November 1, 2020. I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 1, 2020　　　　*/s/ Paul W. Blake*
　　　　　　　　　　　　　　　　　PAUL W. BLAKE
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Huel Kennedy