ERIK M. SILBER (Cal. Bar No. 190534)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone:(213) 894-2231

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-239-TJH |
| v. | |
| HUEL KENNEDY | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged: **(List Documents)**

EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT [UNDER SEAL]; (PROPOSED) ORDER SEALING DOCUMENT [UNDER SEAL]; DOCUMENT UNDER SEAL [UNDER SEAL]; (PROPOSED) ORDER [UNDER SEAL]

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 3, 2020
Date

ERIK M. SILBER
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**