```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    AMANDA M. BETTINELLI (Cal. Bar No. 233927)
 4  ERIK M. SILBER (Cal. Bar No. 190534)
    Assistant United States Attorneys
 5  Environmental and Community Safety Crimes Section
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0470/894-2231
         E-mail: amanda.bettinelli@usdoj.gov/ erik.silber@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

10                    UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | No. CR 20-239-TJH |
| 13           Plaintiff, | STIPULATION TO VACATE SENTENCING HEARING DATE FOR DEFENDANT HUEL KENNEDY |
| 14           v. | |
| 15  HUEL KENNEDY, | Current Sent. Date: 4/26/21 |
| 16           Defendant. | |

17

18       Plaintiff United States of America, by and through its counsel
19  of record, the United States Attorney for the Central District of
20  California and Assistant United States Attorney Amanda M. Bettinelli
21  and Erik M. Silber, and defendant Huel Kennedy ("defendant"), through
22  his counsel of record, Paul W. Blake, Esq., hereby stipulate as
23  follows.
24       1.   The grand jury returned an indictment in this matter on
25  June 19, 2020.
26       2.   Pursuant to a plea agreement with the government, defendant
27  entered a plea of guilty to a single count information on August 11,
28  2020.

3.   After entering defendant's guilty plea, the Court set a sentencing hearing date for November 16, 2020, at 10 a.m., which has since been continued to April 26, 2021.

4.   Counsel for both the government and defendant were advised that defendant recently passed away. The parties have requested the death certificate. Due to this unfortunate circumstance, the parties respectfully request that the Court vacate the sentencing hearing date as they await confirmation of defendant's passing.

Dated: April 14, 2021

TRACY L. WILKISON  
Acting United States Attorney

BRANDON D. FOX  
Assistant United States Attorney  
Chief, Criminal Division

/s/  
AMANDA M. BETTINELLI  
ERIK M. SILBER  
Assistant United States Attorneys

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

Dated: April 14, 2021

PAUL W. BLAKE  
Attorney for Defendant  
HUEL KENNEDY